```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

GEOTEK ENGINEERING COMPANY,  )
INC.,                        )
                             )
        Plaintiff,            )   Case No. 3:10-0347
                             )   Judge Haynes/Bryant
    v.                        )   **Jury Demand**
                             )
GEOTECH ENGINEERING & TESTING, )
INC.,                        )
                             )
        Defendant.            )

## O R D E R

Counsel have filed an Agreed Order of Dismissal with Prejudice of Claims and Counterclaims in this matter (Docket Entry No. 45). The Clerk is directed to return this file to the District Judge for his consideration of the agreed order of dismissal.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge